IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  12-30028-02-GPM |
| ) | |
| MATTHEW RYAN CONRAD, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **MATTHEW RYAN CONRAD** pleaded guilty to Counts 1 & 3 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge.  A Presentence Investigation Report is ordered.  The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **9/30/2013 at 11:00 AM at the East St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED: 8/30/2013

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge
